|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 7 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BEHRING REGIONAL CENTER LLC,

    Plaintiff-Appellee,

 v.

ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al.,

    Defendants-Appellants.

No.   21-16421

D.C. No. 3:20-cv-09263-JSC
Northern District of California,
San Francisco

ORDER

The appellants' unopposed motion (Docket Entry No. 14) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/1.3.22/Pro Mo